**Order entered November 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00707-CR

### DENNIS GARNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F15-12115-Q

## ORDER

We **GRANT** appellant's November 1, 2016 motion for extension of time to file a reply

brief and extend the time to **DECEMBER 1, 2016**.


/s/      ADA BROWN
         JUSTICE